[No. 35296-2-I.   Division One.   July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC COSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04271-0, Mary Wicks Brucker, J., entered September 2, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.

[No. 13218-8-III.   Division Three.   July 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTINA NOEL HOAG, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-1-00240-2, Evan E. Sperline, J., entered March 23, 1993. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13904-2-III.   Division Three.   July 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RAY EVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00091-1, Harold D. Clarke, J., entered February 25, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.